The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, and AMAZON TECHNOLOGIES, INC., a Nevada corporation,

Plaintiffs,

v.

Does 1-20, unknown parties doing business as "CHIN CHOPA," and the following individuals: Justin Cook, Timothy Rodgers, Sai Parvathareddy, Danielle Lantz, Brandon Wong, Bharath Kumar Gandhe, Berkcan Turkmenoglu, and Mike Ahlert,

Defendants.

No. 2:24-cv-01083-TL

STIPULATED PERMANENT INJUNCTION AS TO DEFENDANT SAI PARVATHAREDDY AND ~~PROPOSED~~ ORDER

NOTED FOR CONSIDERATION:
September 26, 2024

*Without Oral Argument*

STIPULATED PERMANENT INJUNCTION (2:24-cv-01083-TL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Sai Parvathareddy and (collectively "Settling Parties"), by and through Amazon and Parvathareddy's respective counsel of record, notify the Court that the Settling Parties have reached a settlement of all claims between them in this matter. Pursuant to the terms of that settlement, the Settling Parties stipulate and agree to entry of the permanent injunction below.

DATED this 26th day of September, 2024.

| Davis Wright Tremaine LLP | Sai Parvathareddy |
|---|---|
| *Attorneys for Plaintiffs* | *Pro Se*, Sai Parvathareddy |

By *s/ Bonnie MacNaughton*
    Bonnie MacNaughton, WSBA #36110
    Tim Cunningham, WSBA #50224
    Melina Garcia, WSBA #58036
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Phone: 206-622-3150
    Fax: 206-757-7700
    Email: bonniemacnaughton@dwt.com
          timcunningham@dwt.com
          melinagarcia@dwt.com

By *s/ Sai Parvathareddy*
    Sai Parvathareddy
    112 Majestic Peak Dr.
    Garner, NC 27529-6298
    Phone: 919-341-9150
    Email: saireddy121175@gmail.com

STIPULATED PERMANENT INJUNCTION (2:24-cv-01083-TL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant Sai Parvathareddy, and his respective employees, agents, successors and assigns, and all others in active concert or participation with him, are permanently enjoined and restrained from:

1. Accessing and using, whether directly or indirectly via a third party, intermediary, or proxy, Amazon.com, or any other Amazon online store around the world;

2. Exploiting or abusing Amazon's ordering or return services;

3. Making false statements or misrepresentations to Amazon;

4. Engaging in any activity that defrauds Amazon into paying money or providing replacement products for illegitimate returns;

5. Engaging in any scheme or malicious activity that interacts with Amazon; and

6. Knowingly and materially assisting or engaging any other person or business entity in engaging in or performing any of the activities listed above.

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent Injunction.

IT IS SO ORDERED.

DATED: September 30, 2024.

Tana Lin
United States District Judge

STIPULATED PERMANENT INJUNCTION (2:24-cv-01083-TL) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax