The Honorable Tana Lin

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  AMAZON.COM, INC., a Delaware corporation,
    AMAZON.COM SERVICES LLC, a Delaware
11  limited liability company, and AMAZON
    TECHNOLOGIES, INC., a Nevada corporation,
12
                            Plaintiffs,
13
14       v.

15  Does 1-20, unknown parties doing business as
    "CHIN CHOPA," and the following individuals:
16  Justin Cook, Timothy Rodgers, Sai
    Parvathareddy, Danielle Lantz, Brandon Wong,
17  Bharath Kumar Gandhe, Berkcan Turkmenoglu,
    and Mike Ahlert,
18
19                          Defendants.
20

No. 2:24-cv-01083-TL

STIPULATED PERMANENT
INJUNCTION AS TO
DEFENDANT MIKE AHLERT
AND ~~PROPOSED~~ ORDER

NOTED FOR CONSIDERATION:
December 31, 2024

*Without Oral Argument*

21
22
23
24
25
26
27

STIPULATED PERMANENT INJUNCTION (2:24-cv-01083-TL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## **STIPULATION**

Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (together, "Amazon"), and Defendant Mike Ahlert and (collectively "Settling Parties"), by and through Amazon and Ahlert's respective counsel of record, notify the Court that the Settling Parties have reached a settlement of all claims between them in this matter.  Pursuant to the terms of that settlement, the Settling Parties stipulate and agree to entry of the permanent injunction below.

DATED this 31st day of December, 2024.


Davis Wright Tremaine LLP                    Mike Ahlert
*Attorneys for Plaintiffs*                        *Pro Se*, Mike Ahlert


By *s/ Bonnie MacNaughton*                    By *s/ Mike Ahlert*
    Bonnie MacNaughton, WSBA #36110        Mike Ahlert
    Tim Cunningham, WSBA #50224            920 S. 10th St.
    Macaulay Ivory, WSBA #57858            Lake City, MN 55041
    920 Fifth Avenue, Suite 3300            Phone: 651-212-8924
    Seattle, WA 98104-1610                Email: jetsbrewers@gmail.com
    Phone: 206-622-3150
    Fax: 206-757-7700
    Email: bonniemacnaughton@dwt.com
    Email: timcunningham@dwt.com
    Email: macaulayivory@dwt.com

//

//

//

//

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## **PERMANENT INJUNCTION**

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant Mike Ahlert, and his respective employees, agents, successors and assigns, and all others in active concert or participation with him, are permanently enjoined and restrained from:

1.     Accessing and using, whether directly or indirectly via a third party, intermediary, or proxy, Amazon.com, or any other Amazon online store around the world;

2.     Exploiting or abusing Amazon's ordering or return services;

3.     Making false statements or misrepresentations to Amazon;

4.     Engaging in any activity that defrauds Amazon into paying money or providing replacement products for illegitimate returns;

5.     Engaging in any scheme or malicious activity that interacts with Amazon; and

6.     Knowingly and materially assisting or engaging any other person or business entity in engaging in or performing any of the activities listed above.

The Court shall retain continuing jurisdiction over this matter for the limited purposes of enforcing the terms of the Settling Parties' settlement agreement and this Stipulated Permanent Injunction.

IT IS SO ORDERED.

DATED:  December 31, 2024.

Tana Lin
United States District Judge

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax