The Honorable Tana Lin

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13

AMAZON.COM, INC., a Delaware
corporation, AMAZON.COM SERVICES
LLC, a Delaware limited liability company,
and AMAZON TECHNOLOGIES, INC., a
Nevada corporation,

14                    Plaintiffs,

15          v.

16
17
18
19

Does 1-20, unknown parties doing business as
"CHIN CHOPA," and the following
individuals: Justin Cook, Timothy Rodgers, Sai
Parvathareddy, Danielle Lantz, Brandon Wong,
Bharath Kumar Gandhe, Berkcan
Turkmenoglu, and Mike Ahlert,

20                    Defendants.

No. 2:24-cv-01083-TL

**[PROPOSED] ORDER GRANTING
MOTION FOR RELIEF FROM THE
COURT'S NOVEMBER 27, 2024
ORDER**

NOTE ON MOTION CALENDAR:
FEBRUARY 27, 2025

21
22

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com

23  Services LLC's, and Amazon Technologies, Inc.'s, (collectively, "Plaintiffs'") Motion for Relief

24  from the Court's November 27, 2024 Order (the "Motion").

25          The Court, having considered the Motion, the governing law, and being fully advised,

26  finds that good cause exists to grant Plaintiffs relief from the Court's November 27, 2024 Order.

27

[PROPOSED] CLERK'S ORDER GRANTING PLAINTIFFS' MOTION FOR
RELIEF FROM THE COURT'S NOV 27, 2024 ORDER (2:24-cv-01083-TL) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

1    Accordingly, it is hereby ORDERED that Plaintiffs are not required to file a motion for

2  default judgment against Defendants Berkcan Turkmenoglu and Brandon Wong at this time.

3    SO ORDERED this 27th day of February, 2025.

4

5

6    Tana Lin
     United States District Judge
7

8

9  Presented by:

10 DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Plaintiffs*

11

12 By  *s/ Macaulay Ivory*
       Bonnie E. MacNaughton, WSBA #36110
13     Tim Cunningham, WSBA #50244
       Macaulay W. Ivory, WSBA #57858
14     920 Fifth Avenue, Suite 3300
       Seattle, WA  98104-1610
15     Telephone: 206-622-3150
       Email: bonniemacnaughton@dwt.com
16            timcunningham@dwt.com
              macaulayivory@dwt.com
17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] CLERK'S ORDER GRANTING PLAINTIFFS' MOTION FOR
RELIEF FROM THE COURT'S NOV 27, 2024 ORDER (2:24-cv-01083-TL) - 2